## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| SERGEI KOVALEV, | : | No. 3 EAL 2020 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Unpublished Order** of the |
| v. | : | Superior Court at No. 2898 EDA |
| | : | 2019 entered on December 3, 2019, |
| | : | **quashing** the Order of the |
| BOARD OF REVISION OF TAXES CITY OF | : | Philadelphia County Court of |
| PHILADELPHIA, | : | Common Pleas at No. 190801135 |
| | : | entered on September 23, 2019 |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 8th  day of July, 2020, the Petition for Allowance of Appeal is GRANTED, and the order of the Superior Court is VACATED.  *See Grant v. Blaine*, 868 A.2d 400, 402 (Pa. 2005) (holding that "an order denying *in forma pauperis* status is a final, appealable order").   The matter is REMANDED to the Superior Court for consideration of the propriety and advisability of a transfer of the appeal to the Commonwealth Court, *see* 42 Pa.C.S. §704(a), as well as further proceedings, in one of those courts, on the underlying appeal.

The Application to Proceed in Forma Pauperis is GRANTED, limited to the filing of the Petition for Allowance of Appeal.